IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TINA TEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:   4:09-cv-2102-CEJ |
| ) | |
| ST. CHARLES COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION FOR DISMISSAL

COMES NOW, the Parties, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby dismiss the above cause <u>without prejudice</u>.

Dated this 17th day of January, 2011.

| | |
|---|---|
| OFFICE OF THE ST. CHARLES COUNTY COUNSELOR | GROWE EISEN KARLEN |
| /s/ Charissa L. Mayes | /s/Jason A. Charpentier |
| CHARISSA L. MAYES, # 11022 | JASON A. CHARPENTIER #498817 |
| Assistant County Counselor | 7733 Forsyth Boulevard, Suite 325 |
| 100 North Third Street, #216 | St. Louis, Missouri 63105 |
| St. Charles, MO 63301 | (314) 721-1228 (telephone) |
| (636) 949-7540 (telephone) | (314) 261-7326 (facsimile) |
| (636) 949-7541 (facsimile) | Jason@groweeisen.com |
| Attorney for Defendant St. Charles Co. | Attorney for Plaintiff |